UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-02593-SPG-AYP | **JS-6** | Date | April 6, 2026 |
|---|---|---|---|---|
| Title | JUAN SALVATIERRA v. GUARDIAN ENTERTAINMENT, LLC ET AL. | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:     (IN CHAMBERS) ORDER GRANTING STIPULATION TO REMAND TO STATE COURT [ECF NO. 9]**

Before the Court is the parties' joint stipulation to remand the case to Los Angeles Superior Court, (ECF No. 9 ("Stipulation")). The parties represent that Plaintiff will "not seek total damages in this case in excess of $75,000," (*id.*), and therefore, the Court lacks diversity jurisdiction to adjudicate the case. *See* 28 U.S.C. § 1332. Upon review of the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation. The case is remanded to Los Angeles Superior Court for further proceedings. The Clerk of Court is directed to close the case, and all pending deadlines are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer     pg